**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

ALLEN ABNEY,

    Petitioner,

v.                                                   CASE NO. 5:12-cv-00019-MP-EMT

PAIGE AUGUSTINE, Warden,

    Respondent.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 11, 2012. (Doc. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (doc. 4) is DENIED.

**DONE AND ORDERED** this  *22nd* day of October, 2012

                                                      *s/Maurice M. Paul*
                                                Maurice M. Paul, Senior District Judge